UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2015 DEC -8 PM 3: 38

| | |
|---|---|
| DENNIS RUPLE,<br><br>          Plaintiff,<br><br>    vs.<br><br>MANDARICH LAW GROUP, LLP et al;,<br><br>          Defendant. | CASE NO. 15cv0937-AJB-RBB<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) __Mandarich Law Group, LLP et al;__ without prejudice, for want of prosecution.

DATED: 12/07/15

_____
ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE